# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHILLON, et al., Plaintiffs, v. FORD MOTOR COMPANY, Defendant. | CV 22-2111 DSF (AGRx) Order DENYING Motion to Remand (Dkt. 20) |

    Plaintiffs move to remand this case based on Defendant's alleged failure to establish that the amount in controversy exceeds $75,000. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

    Defendant has adequately demonstrated that the amount in controversy exceeds $75,000. Plaintiffs allege that they have "suffered damages . . . in an amount not less than $25,001.00." Compl. ¶ 14. Later, they demand "the remedies provided [by law], including the entire contract price." Id. ¶ 21. Defendant has provided evidence that the contract price at issue, less a mileage offset, is at least $28,358.44. See Mortensen Decl. ¶ 5; Opp'n at 12-13. In addition, Plaintiffs also seek civil penalties of two times actual damages. Compl. ¶ 15.

    The pleaded damages and demanded civil penalties alone exceed $75,000 even before attorney's fees and punitive damages are considered. The motion to remand is DENIED.

IT IS SO ORDERED.

Date: July 14, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge

2