# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHILLON and DIANA CHILLON,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-02111-DSF-AGR<br><br>Judge: Hon. Dale S. Fischer<br>Magistrate: Hon. Alicia G. Rosenberg<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES AND DEADLINES [DKT #38]**<br><br>Trial Date: May 16, 2023 |

On December 2, 2022, the Parties filed a Joint Stipulation to Continue the Trial and Pre-Trial Dates and Deadlines.

The Court, having considered the Parties Joint Stipulation to Continue the Trial and Pre-Trial Dates and Deadlines and finding good cause therefor, hereby GRANTS the Joint Stipulation to Continue the Trial and Pre-Trial Dates and Deadlines and ORDERS as follows:

|  | Prior Date | New Date |
|---|---|---|
| Jury Trial | 5/16/23 at 8:30 a.m. | 7/11/23 at 8:30 a.m. |
| Final Pre-Trial Conference ("FPTC") | 4/17/23 at 3:00 p.m. | 6/12/23 at 3:00 p.m. |
| Trial Documents (Set Two) | 4/3/23 | 5/29/23 |
| Trial Documents (Set One) | 3/27/23 | 5/22/23 |
| ADR Cut-off | 2/20/23 | 4/17/23 |
| Motion Hearing Cut-off | 2/6/23 | 4/3/23 |
| Expert Discovery Cut-off | 1/2/23 | 2/27/23 |
| Rebuttal Expert Witness Exchange Deadline | 12/19/22 | 2/13/23 |
| Initial Expert Witness Exchange Deadline | 12/12/22 | 2/6/23 |
| Discovery Cut-off | 12/5/22 | 1/30/23 |
| Motion to Amend Pleadings or Add Parties Cut-off | 10/17/22 | No change |

IT IS SO ORDERED.

DATED: December 5, 2022

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE