JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHILLON and DIANA CHILLON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-02111-DSF-AGR<br><br>Hon. Dale S. Fischer<br><br>**JUDGMENT** |

　　The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefor, hereby GRANTS the Entry of Judgment and ORDERS as follows:

　　1. Plaintiffs RICHARD CHILLON and DIANA CHILLON ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 November 24, 2025.

　　2. Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $50,000.00 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: December 16, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE